UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 21-cr-465 (DLF) |
| [11] ANTHONY GRAVES, | : |
| Defendant. | : |

**GOVERNMENT'S SUBMISSION OF ELEMENTS OF OFFENSE
AND PROFFER OF EVIDENCE IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY**

I.    Summary of the Plea Agreement

Defendant Anthony Graves agrees to admit guilt and enter a plea of guilty to Count One of the Superseding Indictment. Defendant is pleading guilty to Count One for engaging in a Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine Base, also known as "crack", in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).

In this case, the penalty for Count One is:

(A)   A term of imprisonment of not more than 20 years;

(B)   a fine not to exceed $1,000,000;

(C)   a term of supervised release of at least 3 years, after any period of incarceration; and

(D)   a special assessment of $100.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of imprisonment and any term of supervised release and/or probation.

II. Elements of the Offenses

The essential elements of the offense of Conspiracy to Distribute and Possess with Intent to Distribute a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(l), and 841(b)(1)(C), each of which the government must prove beyond a reasonable doubt to sustain a conviction, are:

(1) That an agreement existed between two or more persons to commit the crimes of distribution and possession with the intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base;

(2) That the defendant intentionally joined in that illegal agreement.

The offense of violating 21 U.S.C. § 846, by conspiring to violate federal narcotics laws, does not include as an element, the commission of an overt act in furtherance of the conspiracy. *United States v. Pumphrey*, 831 F.2d 307, 308-309 (D.C. Cir. 1987).

Count One of the Superseding Indictment charges that the defendant Conspired to Distribute and Possess with the Intent to Distribute a mixture and substance containing a detectable amount of cocaine base. The essential elements of the offense of distribution of a controlled substance are:

(1) That the defendant distributed a controlled substance. Distribute means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return;

(2) That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

(3) That the controlled substance was a mixture and substance containing a detectable amount of cocaine base.

The essential elements of the offense of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base are:

(1) That the defendant possessed a controlled substance;

(2) That the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently;

(3) That when the defendant possessed the controlled substance he had the specific intent to distribute it. Distribute means to transfer or attempt to transfer to another person; and

(4) That the controlled substance was a mixture and substance containing a detectable amount of cocaine base.

III. Brief Statement of the Facts

The following statement of facts does not purport to include all of the Defendant's illegal conduct. It also does not purport to be an inclusive recitation of everything that the Defendant heard, knew, or witnessed concerning the illegal activities of himself or others. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea as to Count One of the Superseding Indictment.

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

1. Beginning in January of 2021, the MPD Narcotics and Special Investigations Division, along with the FBI, launched a formal investigation into the "MLK Crew," which is a group of individuals who were believed to be operating a drug trafficking conspiracy in and around the 2900 block of Martin Luther King Jr. Avenue, SE, Washington D.C.. As part

of its investigation, MPD and FBI began conducting surveillance, obtaining search warrants, and making controlled buys of narcotics (including cocaine base) from suspected members of the conspiracy.

2. During the course of its surveillance, MPD and FBI observed Defendant Anthony Graves engaging in multiple hand to hand suspected narcotics transactions in and around the drug point and interacting with other members of the conspiracy. During the conspiracy, MPD and FBI made one controlled narcotics purchase, from the Defendant, of 1.2 grams of cocaine base on April 29, 2021.

3. For purposes of the Plea Agreement, Defendant admits that his role in the conspiracy included the distribution and the possession with the intent to distribute 22.4-28 grams of a mixture and substance containing a detectable amount of cocaine base.

4. The Defendant possessed the cocaine throughout the conspiracy, with the intent to distribute it as part of the conspiracy.

5. The Defendant further agrees that he personally has read, or had read to him, the indictment and superseding indictment in this case, including the allegations and charges against the defendants in those indictments. The Defendant admits that all of the allegations in those indictments are true, OR that he does not have information to dispute or disprove those allegations set for the indictments in any way.

Sincerely,

Matthew M. Graves
United States Attorney
D.C. No. 481052

By: *David Henek*
David T. Henek
Assistant United States Attorney

### *Defendant's Acceptance*

I have read each of the pages that constitute the government's proffer of evidence and have discussed it with my attorney, Stephen F. Brennwald. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement.

I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 2/9/22

Anthony Graves
Defendant

### *Attorney's Acknowledgment*

I have read each of the pages that constitute the government's Proffer of Evidence, reviewed them with my client, Anthony Graves, and discussed the provisions of the proffer with him fully. These pages accurately and completely set forth the government's proof, as I understand it.

Date: 2/9/22

Stephen F. Brennwald
Attorney for the Defendant

5